THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02211-BNB

ORESSTE PEDROSO,

    Applicant,

v.

THE STATE OF COLORADO,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 03 2011

GREGORY C. LANGHAM
    CLERK

## ORDER OF DISMISSAL

Applicant, Oresste Pedroso, a Colorado state prisoner, initiated this action by filing a pleading titled "Petition to Dismiss Detainer." On August 26, 2011, Magistrate Judge Boyd N. Boland instructed Mr. Pedroso to cure certain deficiencies if he wished to pursue his claims. Magistrate Judge Boland ordered Mr. Pedroso to file his claims on a Court-approved form that is used in filing 28 U.S.C. § 2241 actions and either to pay the filing fee in full or to file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Mr. Pedroso has failed to cure the deficiencies within the time allowed. Accordingly, it is

ORDERED that the Application is denied and the action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure deficiencies. It is

FURTHER ORDERED that no certificate of appealability shall issue because Mr. Pedroso has not made a substantial showing that jurists of reason would find it

debatable whether the procedural ruling is correct and whether the underlying claim has constitutional merit.

DATED at Denver, Colorado, this  3rd  day of   October   , 2011.

BY THE COURT:

    s/Lewis T. Babcock
LEWIS T. BABCOCK, Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-02211-BNB

Oresste Pedroso
Prisoner No. 54931
Crowley County Correctional Facility
6564 State Hwy 96
Olney Spring, CO 81062

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on October 3, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk